**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHARLES WILLIS AND LISA WILLIS * | |
| PLAINTIFFS * | |
| * | CIVIL ACTION NO. _____ |
| VS. * | |
| * | COMPLAINT AND DEMAND |
| ROBINSON BROTHERS FORD, LLC * | FOR A JURY TRIAL |
| DEFENDANT * | |

**COMPLAINT**

**I. INTRODUCTION**

1. The Plaintiffs bring this individual action for damages based upon Defendant's unlawful and deceptive credit practices. Count I of the complaint alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (hereinafter referred to as "FCRA"). Count II of the complaint alleges violations of the "Equal Credit Opportunity" provisions of the Federal Consumer Credit Protection Act, 15 U.S.C. § 1691, et seq. (hereinafter referred to as "ECOA"), and Regulation B, 12 C.F.R. § 202 (hereinafter referred to as "Regulation B"). Plaintiffs seek actual damages, punitive damages, costs and attorney fees under the FCRA, or in the alternative, plaintiffs seek declaratory and injunctive relief, actual damages, punitive damages, costs, and attorney's fees under the ECOA.

**II. JURISDICTION**

2. Jurisdiction of this court arises under 15 U.S.C. §§ 1681p and 1691e(f), and 28 U.S.C. §§ 1331 and 1337.

3. This Court is authorized to grant declaratory and injunctive relief pursuant to 15 U.S.C. § 1691e(c).

1

### III. PARTIES

4. Plaintiff, Charles Willis, is a natural person above the age of majority residing in Livingston Parish, State of Louisiana. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

5. Plaintiff, Lisa Willis, is a natural person above the age of majority residing in the Parish of East Baton Rouge, State of Louisiana. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

6. Defendant, Robinson Brothers Ford, LLC (hereinafter referred to as "defendant" or "Robinson") is a Louisiana limited liability corporation, with its domicile located at 9550 Interline Avenue, Baton Rouge, Louisiana, and whose registered agent for service of process is Maxwell G. Robinson, III, 9550 Interline Avenue, Baton Rouge, Louisiana 70809.

7. At all times relevant hereto, defendant regularly extends, renews, or continues credit, arranges for the extension, renewal, or continuation of credit, or participates in the decision of whether or not to extend credit.

### IV. FACTUAL ALLEGATIONS

8. On or about April 10, 2009, Plaintiffs Charles Willis and Lisa Willis (went to the Baton Rouge location of Robinson at 11455 Airline Highway to inquire about purchasing a motor vehicle from it.

9. During this visit, plaintiffs discussed trading in their vehicle, a 2003 Subaru Forrester XS, however they did not discuss financing this vehicle nor any interest rates that might be offered.

10. The salesman helping the plaintiffs, Chad Davis, did take Mr. Willis' driver's

license to make a copy of it but the plaintiffs were not told why this was done.

11. The plaintiffs did sit down with the salesman and began filling out a credit application but did not complete it the salesman left, and came back stating that the trade in value of the plaintiffs' vehicle was $3000, they owed $9400 on it, therefore they would not be able to help them anymore.

12. The Willises left without having completed the credit application and when they went to another dealership, they learned that Robinson had pulled their consumer reports from a consumer reporting agency.

13. Plaintiffs then contacted Robinson and complained about having their consumer reports pulled by it, and Robinson denied this had taken place.

14. Plaintiffs also learned that the trade in value of their vehicle from Kelly Blue Book was $8400, and not the $3000 claimed by Robinson.

15. Robinson did not have a permissible purpose to obtain or pull plaintiffs' consumer reports when it did so on April 10, 2009, in violation of section 1681b(f) of the FCRA.

16. In the alternative, if it should be determined that the consumer reports were pulled or obtained by Robinson in conjunction with an application for credit by plaintiffs, Robinson failed to notify the plaintiffs in writing of the adverse action taken against them when it refused to continue the prospective transaction with them or if the application is deemed incomplete, it failed to comply with the notification required for incomplete applications.

### COUNT I - FAIR CREDIT REPORTING ACT

17. The foregoing acts and omissions of Defendant willfully and/or negligently fail to comply with the requirements of the FCRA, specifically section 1681b(f).

18. As a direct and proximate result of the foregoing acts and omissions of defendant, plaintiffs have suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress and inconvenience, for which they should be compensated in amounts to be proven at trial.

19. The acts complained of herein were done by defendant intentionally, purposefully, and/or in reckless disregard of the rights of plaintiffs.

20. Defendant is liable to plaintiffs for actual damages, punitive damages, attorney fees, and costs.

WHEREFORE, plaintiffs respectfully requests that judgment be entered against defendant Robinson Brothers Ford, LLC for:

(a) the greater of statutory or actual damages as to Count I;

(b) punitive damages as to Count I pursuant to 15 U.S.C. § 1681n;

(c) attorney's fees pursuant to 15 U.S.C. § 1681n and/or § 1681o as to Count I;

(d) costs; and

(e) for such other and further relief as may be just and proper.

## COUNT II

21. As a direct and proximate result of defendant's violations of the ECOA and Regulation B, plaintiff has suffered actual damages for their embarrassment, humiliation, mental distress, inconvenience, and defendant is liable therefore, pursuant to §706(a) of the ECOA, 15 U.S.C. §1691e(a).

22. The acts complained of herein were done by defendant intentionally, willfully, or purposefully fail to comply with the requirements of the ECOA, including but not limited to,

section 1691(d), and of Regulation B, including but not limited to sections 202.9 and 202.12.

WHEREFORE, plaintiffs respectfully requests that judgment be entered against the defendant Robinson Brothers Ford, LLC for:

(a) actual damages as to Count II;

(b) injunctive and declaratory relief pursuant to 15 U.S.C. § 1691e(c);

(c) punitive damages as to Count II pursuant to 15 U.S.C. § 1691e(b);

(d) attorney's fees pursuant to 15 U.S.C. § 1691e(d);

(e) costs; and

(f) for such other and further relief as may be just and proper.

A JURY TRIAL IS DEMANDED.

    s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com